922

No. 01–373.   POTTER, POSTMASTER GENERAL v. FITZGERALD.
C. A. 2d Cir.   Certiorari denied.

No. 01–1129.   PITTS ET AL. v. CITY OF KANKAKEE ET AL.
C. A. 7th Cir.   Certiorari denied.

No. 01–1132.   MCBROOM ET AL. v. MOORE.   C. A. 6th Cir.
Certiorari denied.

No. 01–1186.   VINYARD v. UNITED STATES.   C. A. 4th Cir.
Certiorari denied.

No. 01–1188.   BHUTANI ET AL. v. UNITED STATES.   C. A. 7th
Cir.   Certiorari denied.

No. 01–1233.   MATO v. BALDAUF ET AL.   C. A. 5th Cir.   Cer-
tiorari denied.

No. 01–1234.   COHEN v. UNITED STATES.   C. A. 2d Cir.   Cer-
tiorari denied.

No. 01–1316.   CITY OF SEATTLE v. FURFARO ET AL.; and
No. 01–1522.   FURFARO ET AL. v. CITY OF SEATTLE.   Sup. Ct.
Wash.   Certiorari denied.

No. 01–1329.   NICKELL v. MEMPHIS LIGHT, GAS & WATER DI-
VISION.   C. A. 6th Cir.   Certiorari denied.

No. 01–1332.   SATELLITE BROADCASTING AND COMMUNICA-
TIONS ASSN. ET AL. v. FEDERAL COMMUNICATIONS COMMISSION
ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 01–1357.   OHIO ENVIRONMENTAL PROTECTION AGENCY v.
NIHISER ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 01–1362.   ELAGAMY v. IMMIGRATION AND NATURALIZATION
SERVICE.   C. A. 5th Cir.   Certiorari denied.

No. 01–1365.   DANKS v. APPEL ET AL.   Sup. Ct. Colo.   Certio-
rari denied.